# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ALTON D. BROWN (A/K/A POLITICAL PRISONER #DL 4886),

        Petitioner

        v.

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

: No. 45 MM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition is **DENIED**.